**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| A.B.S., et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12-CV-202 JCH |
| | ) | |
| MAYOR FRANCIS SLAY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING EXHIBIT UNDER SEAL**

Exhibit 1 to Intervenor's Motion Continuance of Hearing and Motion to Complete

Discovery will be filed under seal in accordance with the Intervenor's Motion for Leave to File

Exhibit Under Seal filed concurrently herewith.

Dated: <u>July 9, 2013</u>                    Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
        James W. Schottel, Jr.    #51285MO
        906 Olive St., PH
        St. Louis, MO 63101
        (314) 421-0350
        (314) 421-4060 facsimile
        jwsj@schotteljustice.com

        Attorney for Intervenor Plaintiff
        Annie Smith