**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| A.B.S., et al., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:12-CV-202 JCH |
| MAYOR FRANCIS SLAY, et al. | ) ) ) |
| Defendants. | ) |

**INTERVENOR PLAINTIFF ANNIE SMITH'S
MOTION FOR LEAVE
TO FILE EXHIBIT UNDER SEAL**

COMES NOW Intervenor Plaintiff Annie Smith ("Intervenor"), by and through her attorney, James W. Schottel, Jr., pursuant to E.D.Mo. L.R. 13.05, and for her Motion for Leave to File Exhibit Under Seal and states to this Court as follows:

1. Exhibit 1 to Intervenor's Motion Continuance of Hearing and Motion to Complete Discovery contains private, health material of Intervenor's undersigned counsel.

2. Intervenor respectfully requests leave to file her Exhibit 1 to Intervenor's Motion Continuance of Hearing and Motion to Complete Discovery under seal to protect confidential and sensitive information as mentioned herein.

WHEREFORE, for the foregoing reasons, Intervenor respectfully requests this Honorable Court to grant her Motion for Leave to File Exhibit 1 to Intervenor's Motion Continuance of Hearing and Motion to Complete Discovery Under Seal and such other and further relief as this Honorable Court deems just and proper under the circumstances.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
James W. Schottel, Jr.    #51285MO
906 Olive St., PH
St. Louis, MO 63101
(314) 421-0350
(314) 421-4060 facsimile
jwsj@schotteljustice.com

Attorney for Intervenor Plaintiff
Annie Smith

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Albert S. Watkins
AlbertSWatkins@kwklaw.net

Michael D. Schwade
MSchwade@kwklaw.net

R. Jackson Horan, Jr.
jhoran@kwklaw.net

Attorneys for Plaintiff
A.B.S.

Robert J. Isaacson
robert.isaacson@ago.mo.gov

Attorney for Defendants
Board of Police Commissioners
Jason Stockley

s/*James W. Schottel, Jr.*

2