Print | Close Window



EXHIBIT 1

**Subject:** 12-152 A.B.S. v. Board of Police Commissioners
**From:** Michael Schwade <mschwade@kwklaw.net>
**Date:** Thu, Jul 18, 2013 3:19 pm
**To:** "jwsj@schotteljustice.com" <jwsj@schotteljustice.com>
**Cc:** Albert Watkins <albertwatkins@kwklaw.net>

Mr. Schottel:

I am writing to follow up on my voice message earlier today. As you know, the Court denied our attempt to cancel your deposition of Christina Wilson, which is set for next Friday afternoon. Accordingly, it is my intention to depose Annie Smith on the morning of Friday, July 26, 2013 beginning at 9:00 a.m. I have no problem conducting that deposition at your office if it is available, assuming we will have access to a copy machine should that be necessary. Obviously, I do not want to schedule something to take place at your office without your permission. Please advise.

On a personal level, I hope you are recovering well from your recent procedure.

MICHAEL D. SCHWADE
Kodner Watkins Kloecker L.C.
7800 Forsyth Blvd., Suite 700
Clayton, Missouri 63105
Telephone: (314) 727-9111 Ext. 216
Facsimile: (314) 727-9110
E-Mail: mschwade@kwklaw.net
For access to our firm's Website, please click here: www.kwklaw.net

**PRIVACY NOTICE**
This electronic transmission/communiqué/message including its attachments, is from the law firm of Kodner Watkins Kloecker, L.C. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney work product privileges. If you receive this transmission and/or its attachments and you are not the intended recipient, promptly delete this message and please notify the sender of the delivery error by return e-mail or please call the sender at 314-727-9111. You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.
**SECURITY NOTICE**
The Missouri Bar and The Missouri Supreme Court Rules require all Missouri attorneys to notify all E-Mail recipients that (1) E-Mail communication is not a secure method of communication; (2) any E-Mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and, (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the E-Mail is passed. I am communicating with you by E-Mail at your request and with your consent. In the event you do not wish this form of communication in the future, upon your notification of same, no further E-Mail communication will be forthcoming.

Copyright © 2003-2013. All rights reserved.