IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

EXHIBIT 2

A.B.S., as surviving daughter of deceased )
ANTHONY L. SMITH, and a minor, by )
and through her next friend CHRISTINA )
WILSON, )
)
)
    Plaintiff, )   Case No.:   4:12-cv-00202-JCH
)
v. )
)
BOARD OF POLICE COMMISIONERS, )
ET AL. )
)
    Defendants. )

## NOTICE TO TAKE DEPOSITION OF ANNIE SMITH AND REQUEST TO PRODUCE DOCUMENTS AND TANGIBLE THINGS AT THE DEPOSITION

To:   James W. Schottel, Jr.
       906 Olive St., PH
       St. Louis, MO 63101

       **Attorney for Intervener Plaintiff**
       **Annie Smith**

**PLEASE TAKE NOTICE** that on July 26, 2013 beginning at 9:00 a.m. and continuing thereafter pursuant to Rule 30 of the Federal Rules of Civil Procedure, at the law offices of Kodner Watkins Kloecker, LC. 7800 Forsyth Blvd; St. Louis, MO 63105, the deposition of Annie Smith will be taken, to be used in the above-captioned matter on part of the Plaintiff A.B.S.; testimony to be recorded by stenographic means.

**PLEASE TAKE FURTHER NOTICE** THAT, PURSUANT TO Rule 30(b)(2) of the Federal Rules of Civil Procedure, the deponent Annie Smith is requested to produce documents and tangible things at the deposition as designated in Exhibit 1 attached to this notice.

1

**KODNER WATKINS KLOECKER, LC**

By: ___/s/ Michael Schwade___
ALBERT S. WATKINS, LC #34553MO
MICHAEL D. SCHWADE, #60862MO
R. JACKSON HORAN, JR., #65374MO
7800 Forsyth Boulevard, Suite 700
Clayton, Missouri 63105
(314) 727-9111
(314) 727-9110 Facsimile
albertswatkins@kwklaw.net
mschwade@kwklaw.net
jhoran@kwklaw.net

**CERTIFICATE OF SERVICE**

Signature above is also certification that a true and correct copy of the above and foregoing document was mailed first-class, postage pre-paid, and emailed to the following on this 19th day of July, 2013:

Mr. James W. Schottle, Jr.
906 Olive St., PH
St. Louis, MO 63101
jwsj@schotteljustice.com

Mr. Robert J. Isaacson
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188

Ms. Dana Tucker
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188

2

# EXHIBIT 1

Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the deponent Annie Smith is requested to produce documents and tangible things at the deposition as follows:

1. All bank statements in your possession of any joint checking or joint savings account held with Anthony Lamar Smith from the period of January 1, 2009 to current.

2. Your federal and state tax returns for the tax years 2009 – 2012.

3. All leases or documents evidencing your residency from January 1, 2009 to current.

4. All leases or documents evidencing Anthony Lamar Smith's residency from January 1, 2009 to December 20, 2011.

5. A copy of your most recent pay stub from employment.

6. Your current Missouri Driver License or Missouri Nondriver License (ID Card).

7. All documents reflecting on, referring to, or relating to expenses incurred by you as a result of the death of Anthony Lamar Smith.

8. All documents evidencing payments, support or gifts from Anthony Lamar Smith to you from January 1, 2009 to current.

9. All photos of you taken with Anthony Lamar Smith from January 1, 2011 to December 20, 2011.

10. All photos of you taken with A.B.S.

11. All documents evidencing any pecuniary loss suffered by you as a result of the death of Anthony Lamar Smith.

12. All documents, including telephone and email records, evidencing the frequency with which you and Anthony Lamar Smith spoke with each other during the period of January 1, 2009 through December 20, 2011.

13. All Petitions, Complaints, Administrative Complaints and/or other lawsuits filed by you or on your behalf in any jurisdiction from January 1, 2009 to current.

14. All Petitions, Complaints, Administrative Complaints and/or other lawsuits filed against you in any jurisdiction from January 1, 2009 to current.

15. Copies of all medical prescriptions you had filled from January 1, 2009 through December 20, 2011.

16. All medical records relating to any treatment for substance abuse and/or medical issues arising therefrom between January 1, 2009 and the present.

17. All documents you intend to introduce into evidence during the hearing of Plaintiff's Motion for Hearing of Approval of Minor Settlement and Wrongful Death Settlement.