IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by and through her next friend CHRISTINA WILSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOARD OF POLICE COMMISIONERS, ET AL.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.:　　4:12-cv-00202-JCH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SEALED MOTION FOR APPROVAL OF SETTLEMENT APPORTIONMENT**

COMES NOW A.B.S., by and through her next friend and mother Christina Wilson, ("Petitioner"), respectfully moves this Court, pursuant to Local Rule 83-13.05(A)(1), to permit Plaintiff to file her Joint Motion for Approval of Settlement Apportionment under seal. Petitioner states she has good cause to file under seal insomuch as the Motion relates to (1) a confidential settlement and (2) a settlement involving a minor child.

WHEREFORE Plaintiff A.B.S. prays his Honorable Court enter an Order granting this Motion and permitting Plaintiff to file her Motion for Approval of Settlement Apportionment under seal.

**KODNER WATKINS KLOECKER, LC**

By: _____/s/ Albert S. Watkins_____
　　ALBERT S. WATKINS, LC #34553MO
　　MICHAEL D. SCHWADE, #60862MO
　　R. JACKSON HORAN, JR., #65374MO
　　7800 Forsyth Boulevard, Suite 700

1

Clayton, Missouri 63105
(314) 727-9111
(314) 727-9110 Facsimile
albertswatkins@kwklaw.net
mschwade@kwklaw.net
jhoran@kwklaw.net

**CERTIFICATE OF SERVICE**

Signature above is also certification that a true and correct copy of the above and foregoing document has been filed this 6th day of December, 2013, utilizing the CM/ECF filing system, which will cause a true and correct copy of same to be served upon all parties of record.