IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by and through her next friend CHRISTINA WILSON, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No.:   4:12-cv-00202-JCH |
| v. | ) ) | |
| BOARD OF POLICE COMMISIONERS, ET AL. | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MEMORANDUM OF CONSENT TO RELIEF REQUESTED BY ST. LOUIS POST-DISPATCH AND ROBERT PATRICK**

COMES NOW Christina Wilson, in her capacity as Next Friend of Plaintiff A.B.S., by and through her undersigned counsel, and advises this Honorable Court of Plaintiff's consent to the relief sought by the St. Louis Post-Dispatch and Robert Patrick in their joint Application to Intervene for the Sole and Limited Purpose of Seeking Rescission of Protective Order Sealing Investigatory Files Produced in Discovery and Order Sealing the Settlement and Amount Paid in Settlement and Request for a Hearing (Dkt. 85).

**KODNER WATKINS, LC**

By:       /s/ Albert S. Watkins
ALBERT S. WATKINS, LC #34553MO
MICHAEL D. SCHWADE, #60862MO
7800 Forsyth Boulevard, Suite 700
Clayton, Missouri 63105
(314) 727-9111
(314) 727-9110 Facsimile
albertswatkins@kwklaw.net
mschwade@kwklaw.net

1

**CERTIFICATE OF SERVICE**

      Signature above is also certification that a true and correct copy of the above and foregoing document has been filed this 12th day of May, 2016, utilizing the CM/ECF filing system, which will cause a true and correct copy of same to be served upon all parties of record.