

| | **CITY OF ST. LOUIS** | |
|---|---|---|
| MICHAEL A. GARVIN<br>CITY COUNSELOR | **LAW DEPARTMENT**<br>1200 MARKET STREET, ROOM 314<br>ST. LOUIS, MO 63103-2864<br>(314) 622-3361 | FRANCIS G. SLAY<br>MAYOR |

July 18, 2016

Hon. Jean Hamilton
United States District Court
111 S. 10th Street
St. Louis, MO 63102

      Re:    ABS v. Slay et al., Cause No. 4:12CV202-JCH

Dear Judge Hamilton:

      The St. Louis Metropolitan Police Department ("SLMPD") notified the Federal Bureau of Investigation of the St. Louis Post Dispatch's Motion to Seeking Rescission of Protective Order Sealing Investigatory Files Produced in Discovery in the above-referenced case (Doc. # 86). Records marked "FBI" are included the investigatory files that are the subject of the motion filed by the St. Louis Post Dispatch.

      The FBI has indicated concern with unsealing the FBI records that are part of the investigatory files. For that reason, FBI officials asked the City to convey its request for additional time for an opportunity to be heard and to review the records that the Board defendants disclosed in discovery. With this letter I am conveying that request.

                                                                                     Sincerely,

                                                                                    Michael A. Garvin
                                                                                    City Counselor

cc:    Albert Watkins
        Joseph E. Martineau