**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, | ) ) |
| Plaintiff, | ) ) |
| v. | ) )   No. 4:12CV202 JCH |
| MAYOR FRANCIS SLAY, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the St. Louis Circuit Attorney's Office's Motion to Intervene (ECF No. 95) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Application of the St. Louis Post-Dispatch to Rescind the Protective Order Sealing Investigatory Files Produced in Discovery (ECF No. 85) is **DENIED**.

**IT IS FURTHER ORDERED** that the Application of the St. Louis Post-Dispatch to Rescind the Order Sealing the Settlement and Amount Paid in Settlement (ECF No. 85) is **DENIED** as moot.

Dated this 8th Day of August, 2016.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE