UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date 10/17/17   Judge Hamilton   Case No. 4:12CV00202 JCH

A.B.S.   v. BOARD OF POLICE COMMISSIONERS ST LOUIS ET AL

Court Reporter D. Kriegshauser   Deputy Clerk K. Shirley

Attorneys for Plaintiff(s) Albert Watkins

Attorneys for Defendant(s) Hal Goldsmith / Henry Lupekey

Parties present for Status teleconference.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits:_____

Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 1:08 pm
Proceedings concluded 1:15 pm