UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by and through her next friend CHRISTINA WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BOARD OF POLICE COMMISSIONERS, et al.,<br><br>    Defendants. | Case No. 4:12CV202 JCH |

## ORDER

**IT IS HEREBY ORDERED** that Jason Stockley's Motion for Leave to File Response to Plaintiff's Motion to Re-Open Discovery Out of Time (ECF No. 126) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is granted until **Wednesday, March 7, 2018**, within which to file an Amended Reply in Support of her Motion to Re-Open Discovery, Motion for Show Cause Hearing and Motion for Sanctions.  Plaintiff is not required to file an Amended Reply.

Dated this      21st      Day of February, 2018.

\s\  Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

˘- 1 -˘