UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by and through her next friend CHRISTINA WILSON, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| BOARD OF POLICE COMMISSIONERS, et al., | ) ) ) ) |
| Defendants. | ) |

Case No. 4:12CV202 JCH

**ORDER**

**IT IS HEREBY ORDERED** that no later than **Friday, March 16, 2018**, the Attorney General's Office shall provide the Court with a copy of the unedited version of the Goldsmith report for *in camera* review.

Dated this 8th Day of March, 2018.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE