IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by and through her next friend CHRISTINA WILSON, <br><br>        Plaintiff, <br><br> v. <br><br> BOARD OF POLICE COMMISSIONERS, et al., <br><br>        Defendants. | Case No. 4:12-CV-00202-JCH |

**NOTICE OF FILING OF UNEDITED GOLDSMITH REPORT
UNDER SEAL FOR *IN CAMERA* INSPECTION**

The Missouri Attorney General's Office hereby gives notice that, in response to the Court's order of March 8, 2018, the Office is filing the unedited report drafted by Hal Goldsmith under seal for *in camera* inspection. Attached hereto as sealed exhibits are (1) the unedited Goldsmith Report, and (2) a one-page document that provides the names and titles of individuals identified in the Goldsmith report by monikers such as "AAG1," "AAG2," etc.

March 16, 2018                                        Respectfully submitted,

**JOSHUA D. HAWLEY**
MISSOURI ATTORNEY GENERAL

 */s/ D. John Sauer*
D. John Sauer, MO 58721
 First Assistant and Solicitor
Post Office Box 861
St. Louis, MO  63188
Tel: (314) 340-7861
Fax: (314) 340-7029
Email: John.Sauer@ago.mo.gov

*Attorneys for the Missouri Attorney General's Office*

2

## **CERTIFICATE OF SERVICE**

I certify that on this March 16, 2018, the foregoing was filed electronically using the Court's CM/ECF system, to be served on all counsel of record.

 /s/ D. John Sauer
