# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by and through her next friend, CHRISTINA WILSON, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:12CV202 JCH |
| MAYOR FRANCIS SLAY, et al., | ) ) | |
| Defendants. | ) ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the following schedule shall apply with respect to Plaintiff's Motion for Show Cause Hearing and Motion for Sanctions, and will be modified only upon a showing of exceptional circumstances:

A. The parties may propound interrogatories, requests for production, or requests for admission to any other party beginning **April 9, 2018**.
B. The responding party must serve its answers and any objections within thirty (30) days after being served with interrogatories, requests for admissions or requests for production.
C. The presumptive limit of twenty-five (25) interrogatories per party shall apply.
D. The parties shall complete all written discovery no later than **June 15, 2018**.
E. Motions to compel shall be pursued in a diligent and timely manner, but in any event filed no later than **June 25, 2018**.
F. Depositions in this matter shall be completed no later than **July 31, 2018**.
G. This matter shall be referred to alternative dispute resolution on **August 1, 2018**, and that reference shall terminate on **September 14, 2018.**
H. Plaintiff's supplemental brief on the Motion for Show Cause Hearing and Motion for Sanctions shall be filed no later than **August 24, 2018**. Defendants' supplemental briefs in opposition to the Motion for Show Cause Hearing and Motion for Sanctions shall be filed no later than **September 24, 2018**.

- 2 -

I.    This matter is set for a hearing on **October 9, 2018**, at **10:00 a.m.** in the courtroom of the undersigned.

Dated this 9th Day of April, 2018.

                                                       /s/ Jean C. Hamilton  
                                                       UNITED STATES DISTRICT JUDGE