# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by And through her next friend CHRISTINA WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF POLICE COMMISSIONERS, Et al.,<br><br>    Defendants. | Case No.: 4:12-cv-00202-JCH |

## ENTRY OF APPEARANCE

COME NOW Paige Tungate, Esq. of the law firm Downey Law Group LLC and enter their appearance in this matter for defendant Jason Stockley. Ms. Tungate joins Michael Downey of Downey Law Group LLC and will be serving as co-counsel with Neil Bruntrager and Bruntrager & Billings, PC for Mr. Stockley.

    Respectfully submitted,

    DOWNEY LAW GROUP LLC

    */s/ Paige Tungate*
    Paige Tungate Bar #68447MO
    49 N. Gore Ave., Suite 2
    St. Louis, MO 63119
    (314) 961-6644 main
    PTungate@DowneyLawGroup.com

    COUNSEL FOR DEFENDANT JASON
    STOCKLEY

**CERTIFICATE OF SERVICE**

Signature above is certification that on this the 11th day of April, 2018 a true and correct copy of the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to all counsel of record.  Certification is also made a true and correct copy of the above and foregoing document was served to the following:

Dana Redwing (Tucker), Esq. (via email)
Fox Galvin, LLC
One South Memorial Drive, 12th Floor
St. Louis, Missouri 63102
dredwing@foxgalvin.com

Counsel for the defunct Board of Police Commissioners

Neil J. Bruntrager, Esq. (via email)
225 S. Meramec Ave. #1200
St. Louis, MO 63105
njbatty@aol.com

Criminal defense counsel for Defendant Stockley

Julian Bush, Esq. (via email)
H. Anthony Relys, Esq.
City of St. Louis, Law Department
1200 Market Street, Room 314
St. Louis, MO 63103-2864
bushj@stlouis-mo.gov

St. Louis City Counselor, successor in interest to the defunct Board of Police Commissioners (Mr. Bush)

Counsel for the Defunct Board of Police Commissioners (Mr. Relys)

D. John Sauer, Esq. (via email)
First Assistant and State Solicitor
Attorney General of Missouri
P.O. Box 899
Jefferson City, MO 65102

Counsel for Missouri Attorney General

Joel Poole, Esq. (via email)
227 University Hall
Columbia, MO 65211
poolej@umystem.edu

Former counsel for the Missouri Attorney General

Albert S. Watkins
Michael D. Schwade
Kodner Watkins, LC
7800 Forsyth Blvd., Suite 700
Clayton, Missouri 63105

albertswatkins@kwklaw.net
mschwade@kwklaw.net

Counsel for Plaintiffs

/s/ Paige Tungate