# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by and through her next friend CHRISTINA WILSON, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Case No.: 4:12-cv-00202-JCH |
| v. | )<br>)<br>) |
| BOARD OF POLICE COMMISSIONERS, Et al., | )<br>)<br>) |
| Defendants. | ) |

### PLAINTIFF A.B.S.'S MOTION TO VOLUNTARILY DISMISS RESPONDENT DANA REDWING WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through her undersigned counsel, and moves this Honorable Court to dismiss Respondent Dana Redwing from this action without prejudice.

WHEREFORE Plaintiff prays this Honorable Court dismiss Respondent Dana Redwing from this matter without prejudice and for such other and further relief as the Court may deem just and proper under the circumstances.

KODNER WATKINS, LC

_____/s/ Albert S. Watkins_____
By: ALBERT S. WATKINS, LC #34553MO
MICHAEL D. SCHWADE, #60862MO
The Pierre Laclede Center
7733 Forsyth Blvd., Suite 600
Clayton, Missouri 63105
314-727-9111 (telephone)
314-727-9110 (facsimile)
albertswatkins@kwklaw.net
mschwade@kwklaw.net
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

Signature above is certification that on this the 9th day of July, 2018 a true and correct copy of the foregoing document was filed electronically using the CM/ECF System which will cause a copy to be served upon all counsel of record.