# EXHIBIT 3

A.B.S. v. Board of Police, et al - 4:12-cv-00202 - Intervenor Attorney General's Privilege Log

| Bates | Date | Subject | To | From | Privilege |
|---|---|---|---|---|---|
| AGO000001100.0001 | 6/24/2016 12:39 | | | | Attorney Work Product |
| AGO000001101 | 6/24/2016 12:42 | FW: secure_file | Poole, Joel [joel.poole@ago.mo.gov] | Scheulen, Bev [Bev.Scheulen@ago.mo.gov] | Taylor, Shantell [Shantell.Taylor@ago.mo.gov] | Attorney Work Product |
| AGO000001101.0001 | 6/24/2016 12:42 | | | | Attorney Work Product |
| AGO000001102 | 6/24/2016 14:33 | Re: Jason Stockley case | Gummels, Joan [joan.gummels@ago.mo.gov] | Gonder, Nanci [nanci.gonder@ago.mo.gov] | Attorney Work Product |
| AGO000001103 | 6/24/2016 17:03 | media calls | Gonder, Nanci [nanci.gonder@ago.mo.gov] | Gummels, Joan [joan.gummels@ago.mo.gov] | Attorney Work Product |
| AGO000001104 | 6/24/2016 19:54 | Fw: media calls | Gummels, Joan [joan.gummels@ago.mo.gov] | Farnsworth, Jim [ChiefOfStaff@ago.mo.gov] | Attorney Work Product |
| AGO000001108 | 6/28/2016 10:27 | | Taylor, Shantell [Shantell.Taylor@ago.mo.gov] | Poole, Joel [joel.poole@ago.mo.gov];Gummels, Joan [joan.gummels@ago.mo.gov] | Attorney Work Product |
| AGO000001108.0001 | 6/28/2016 10:27 | | | | Attorney Work Product |
| AGO000001109 | 6/28/2016 10:48 | Letter | Gummels, Joan [joan.gummels@ago.mo.gov] | Poole, Joel [joel.poole@ago.mo.gov] | Taylor, Shantell [Shantell.Taylor@ago.mo.gov] | Attorney Work Product |
| AGO000001109.0001 | 6/28/2016 10:48 | | | | Attorney Work Product |
| AGO000001111 | 6/28/2016 12:46 | FW: Letter | Poole, Joel [joel.poole@ago.mo.gov] | Kohler, Sue [sue.kohler@ago.mo.gov] | Attorney Work Product |
| AGO000001111.0001 | 6/28/2016 12:46 | | | | Attorney Work Product |
| AGO000001125 | 7/5/2016 16:53 | ABS | Isaacson, Robert [robert.isaacson@ago.mo.gov] | Darst) [DarstJ@stlouiscao.org] | Attorney Client Communication |
| AGO000001125.0001 | 7/5/2016 16:53 | | | [DarstJ@stlouiscao.org] | Attorney Client Communication |
| AGO000001128 | 7/5/2016 17:05 | RE: ABS | Darst, Jane [DarstJ@stlouiscao.org] | Isaacson, Robert [robert.isaacson@ago.mo.gov] | Attorney Client Communication |
| AGO000001261 | 1/25/2017 17:57 | golden rule letter | Relys, Tony [Tony.Relys@ago.mo.gov] | philipsholtz@gmail.com | Attorney Work Product |
| AGO000001261.0001 | 1/25/2017 17:57 | | | | Attorney Work Product |
| AGO000001293 | 9/14/2017 14:34 | A Message From Governor Greitens | Rosell, Evan [Evan.Rosell@ago.mo.gov] | Rosell, Evan [Evan.Rosell@ago.mo.gov] | Attorney Work Product |
| Electronic Document | 11/27/2017 0:00 | Unredacted Goldsmith Report | | | |
| Physical Document | Unknown | BATES LOG with handwritten notes | | | |
| Physical Document | Unknown | A.B.S. Multi-Media Discovery with handwritten notes | | | |