## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| A.B.S, as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by and through her next friend CHRISTINA WILSON,<br><br>vs.<br><br>BOARD OF POLICE COMMISSIONERS, et al.,<br><br>    Defendant. | Cause No.   4:12-cv-00202-JCH |

## MOTION TO WITHDRAW

Comes now Neil J. Bruntrager and moves this Court to allow counsel to withdraw as attorney for Defendant Jason Stockley in the above styled matter.

BRUNTRAGER & BILLINGS, P.C.

/s/ Neil J. Bruntrager
Neil J. Bruntrager #29688
Attorney for Defendant
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri  63105
646-0066 Fax 646-0065
Email: njbatty@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2018, the foregoing **Motion to Withdraw** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ Neil J. Bruntrager_____