IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

A.B.S., as surviving daughter of deceased )
ANTHONY L. SMITH, and a minor, by )
and through her next friend CHRISTINA )
WILSON, )
)
    Plaintiff, )
)
v. ) Case No.: 4:12-cv-00202-JCH
)
)
BOARD OF POLICE COMMISSIONERS, )
Et al. )
)
    Defendants. )

I Kevin Cosentino state as follows:

1)   I am a retired Special Agent of the Federal Bureau of Investigation (FBI) currently employed as a contract Senior Forfeiture Investigator at the St. Louis Division Headquarters of the FBI.

2)   On a variety of occasions in the past I have been contacted by attorney, Albert Watkins, regarding different matters. On each occasion Watkins contacted me. The most recent contact was approximately two weeks ago when Watkins contacted me on my FBI hardline telephone.

3)   This recent contact was in regard to the shooting death of Anthony Lamar Smith. Watkins claimed he was attempting to obtain an unredacted version of a report, which according to Watkins, identifies and documents the intentional withholding of evidence by various individuals. Watkins claimed this was a violation of the victim's civil rights and potentially a public corruption case.

4)   On this occasion, as I have done on each occasion in the past, I told Watkins that the FBI would be willing to accept any information he wanted to provide, to include a full unredacted report, particularly if it provided evidence of a federal crime. I also conveyed to Watkins that if information was provided by him, I would forward the material to the appropriate FBI supervisor for review.

5)   At no time did I tell Watkins that the FBI was requesting him to obtain any reports on behalf of the FBI.

FURTHER AFFIANT SAYETH NOT

S. L. STALZER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI - ST. LOUIS COUNTY
MY COMMISSION EXPIRES: JUNE 14, 2021
COMMISSION #13724322

Subscribed to and sworn before me this 7th day of September, 2018.

Kevin Cosentino

S. L. Stalzer 6/14/21
My commission expires