IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by And through her next friend CHRISTINA WILSON, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:12-CV-00202-JCH |
| BOARD OF POLICE COMMISSIONERS, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW Zachary Bluestone, Deputy Solicitor General, and enters his appearance on behalf of Intervenor, Attorney General of Missouri.

Respectfully submitted,

**JOSHUA D. HAWLEY**,
Attorney General

/s/ *Zachary M. Bluestone*
ZACHARY M. BLUESTONE, #69004
 Deputy Solicitor General
Missouri Attorney General's Office
815 Olive, Suite 200
Saint Louis, Missouri 63101
Tel: (314) 340-7515
Fax: (314) 340-7981
E-mail: Zachary.Bluestone@ago.mo.gov

*Counsel for the Missouri Attorney General's Office*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2018, the foregoing was filed via the Court's electronic filing system, which sent notification to registered users.

    /s/ *Zachary M. Bluestone*
Zachary M. Bluestone