### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by and through her next friend CHRISTINA WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF POLICE COMMISSIONERS, Et al.,<br><br>    Defendants. | Case No.: 4:12-cv-00202-JCH |

### PLAINTIFF A.B.S.'S CONSENT MOTION FOR EXTENSION OF TIME AND MODIFICATION OF SCHEDULING ORDER

COMES NOW Plaintiff, by and through her undersigned counsel, and for her Consent Motion For Extension of Time and Modification of Scheduling Order states to the Court as follows:

1. The Parties participated in mediation of this matter on October 3, 2018. While the mediation did not result in a settlement, the parties believe they are making progress toward that objective.

2. The Parties and the mediator have agreed to resume mediation of this matter beginning at 9:30 am on October 10, 2018.

3. The Court's current ADR Referral terminates on October 5, 2018.

4. The Parties request the Court extend the deadline to complete mediation up to and including October 11, 2018.

5. This Motion is not made for the purpose of delay or any other improper purpose and granting this Motion will not unduly prejudice any party.

WHEREFORE Plaintiff prays this Honorable Court grant Plaintiff's Motion for Extension of Time consistent with the requests set forth above and for such other and further relief as the Court may deem just and proper under the circumstances.

KODNER WATKINS, LC

_____/s/ Michael D. Schwade_____
By: ALBERT S. WATKINS, LC #34553MO
MICHAEL D. SCHWADE, #60862MO
The Pierre Laclede Center
7733 Forsyth Blvd., Suite 600
Clayton, Missouri 63105
314-727-9111 (telephone)
314-727-9110 (facsimile)
albertswatkins@kwklaw.net
mschwade@kwklaw.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Signature above is certification that on this the 3rd day of October, 2018 a true and correct copy of the foregoing document was filed electronically using the CM/ECF System which will cause a copy to be served upon all counsel of record.