# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by and through her next friend CHRISTINA WILSON, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 4:12-cv-00202-JCH |
| v. | ) ) | |
| BOARD OF POLICE COMMISSIONERS, Et al., | ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF A.B.S.'S MOTION TO VOLUNTARILY DISMISS RESPONDENT JASON STOCKLEY WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through her undersigned counsel, and moves this Honorable Court to dismiss Respondent Jason Stockley from this action without prejudice.

WHEREFORE Plaintiff prays this Honorable Court dismiss Respondent Jason Stockley from this matter without prejudice and for such other and further relief as the Court may deem just and proper under the circumstances.

                                                          KODNER WATKINS, LC

                                                          _____/s/ Albert S. Watkins_____
                                                      By: ALBERT S. WATKINS, LC #34553MO
                                                            MICHAEL D. SCHWADE, #60862MO
                                                            The Pierre Laclede Center
                                                            7733 Forsyth Blvd., Suite 600
                                                            Clayton, Missouri 63105
                                                            314-727-9111 (telephone)
                                                            314-727-9110 (facsimile)
                                                            albertswatkins@kwklaw.net
                                                            mschwade@kwklaw.net
                                                           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

Signature above is certification that on this the 4th day of October, 2018 a true and correct copy of the foregoing document was filed electronically using the CM/ECF System which will cause a copy to be served upon all counsel of record.