UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.B.S., et al<br><br>        Plaintiff(s),<br><br>vs.<br><br>JASON STOCKLEY, et al.,<br><br>        Defendant(s),. | )<br>)<br>)<br>)<br>)<br>)  No. 4:12-CV-00202-JCH<br>)<br>)<br>)<br>)<br>)<br>) |

## MEDIATOR'S INTERIM REPORT

On September 26, 2018, the undersigned was appointed to serve as Neutral to conduct mediation in this case. Pursuant to the appointment, the issues were mediated on October 3, 2018 and again on October 10, 2018. Following the formal October 10th mediation, the parties and the mediator continued the process by phone and email. After an extension of time was granted to complete the mediation by October 15, 2018, the court also directed the mediator to file a final report by October 29, 2018.

Although request to pass the case for settlement was filed October 16, 2018, some issues still need to be resolved.

It is therefore requested by the Mediator that the time for him to file a final report be extended to November 8, 2018.

Dated this 30th day of October, 2018

By: *[signature]* Stephen N. Limbaugh, Sr.
Stephen N. Limbaugh, Sr.
Mediator
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Fax:  314.621.5065
slimbaugh@armstrongteasdale.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2018, the foregoing was electronically filed with the Clerk of the Court by the Court's CM/ECF system to all counsel of record.

*[signature]*