**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by and through her next friend CHRISTINA WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF POLICE COMMISSIONERS, Et al.,<br><br>    Defendants. | Case No.: 4:12-cv-00202-JCH |

## JOINT STATUS REPORT

COME NOW Plaintiff A.B.S. and Annie Smith, Respondent Board of Police Commissioners and Intervenor Missouri Attorney General and for their Joint Status Report in response to the Court's February 11, 2019 Order (Doc. 214) state to the Court as follows:

1. As a result of the Court's ruling on January 8, 2019 and clarification of same during the January 9, 2019 teleconference, the contemplated settlement referenced during the January 8, 2019 hearing is void.

2. Subsequent to the Court's January 9, 2019 telephone conference, the parties discussed settlement terms that would include the claims of Annie Smith.

3. The parties have been unsuccessful in their efforts to settle this matter and request this case be placed back on the Court's regular docket and a new scheduling order be entered.

4. Mrs. Smith requests 21 days to file any and all claims.

5. In the alternative to placing this matter on the Court's regular docket, the parties hereto are willing, subsequent to Ms. Smith's filing of her potential claims, to engage in one additional day of mediation, enforced by Court Order.

WHEREFORE Plaintiff, Intervenor Attorney General's Office and the Respondent Board of Police Commissioners pray this Honorable Court set a date certain by which third parties must file claims herein and for such other and further relief as the Court may deem just and proper under the circumstances.

KODNER WATKINS, LC

/s/ Albert S. Watkins
By: ALBERT S. WATKINS, LC #34553MO
MICHAEL D. SCHWADE, #60862MO
The Pierre Laclede Center
7733 Forsyth Blvd., Suite 600
Clayton, Missouri 63105
314-727-9111 (telephone)
314-727-9110 (facsimile)
albertswatkins@kwklaw.net
mschwade@kwklaw.net
*Attorneys for Plaintiff*

JULIAN BUSH
CITY COUNSELOR

By: /s/ Michael Garvin
Michael Garvin # 39817 MO
Andrew D. Wheaton   #65269 MO
Associate City Counselor
Erin K. McGowan #64020MO
Associate City Counselor
City Hall, Room 314
St. Louis, MO  63103
314.622.3361
FAX: 314.622.4956
garvinm@stlouis-mo.gov
Wheatona@stlouis-mo.gov
McGowanE@stlouis-mo.gov

ERIC SCHMITT
MISSOURI ATTORNEY GENERAL

/s/ D. John Sauer_____
D. John Sauer, MO 58721
First Assistant and State Solicitor
Joshua M. Divine, MO 69875
Deputy Solicitor
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102
Tel: (314) 340-7861
Fax: (314) 340-7029
Email: John.Sauer@ago.mo.gov

The Legal Solution Group, LLC

By: Jermaine Wooten  MO 59338
Wootenjlaw1@aoL.com
4144 Lindell Suite 225
St. Louis, MO 63108
314-531-1708 Office

Daniel A. Dailey, Esq.
**Kingdom Litigators, Inc.**
**A Public Interest Law Firm**
166 W. Washington Ste. 275
Chicago, IL 60602
p: (312) 877-1611
f:  (312) 277-3370
ddailey@kingdomlitigators.com
IL Bar: 6312616

**CERTIFICATE OF SERVICE**

Signature above is certification that on this the 18th day of February, 2019 a true and correct copy of the foregoing document was filed electronically using the CM/ECF System which will cause a copy to be served upon all counsel of record.