UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by and through her next friend CHRISTINA WILSON, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:12CV202 JCH |
| BOARD OF POLICE COMMISSIONERS, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Joint Motion of Plaintiff A.B.S. and Respondents for Approval of Settlement, Entry of Judgment and Sanctions (ECF No. 199) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the parties are granted until **Tuesday, February 26, 2019**, within which to submit a Joint Proposed Scheduling Plan to the Court.

Dated this  19th  Day of February, 2019.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE