IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by and through her next friend CHRISTINA WILSON,<br><br>  Plaintiff,<br><br>v.<br><br>BOARD OF POLICE COMMISSIONERS, Et al.,<br><br>  Defendants. | Case No.: 4:12-cv-00202-JCH |

## DEFENDANT'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO STAY ALL DEADLINES

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to filed the said Agreement. Accordingly, Intervener Annie Smith respectfully requests that the Court stay all deadlines as set forth in the February 27, 2019 Order (doc #219).

Intervener Smith is filing this Notice and Motion with Plaintiff's A.B.S  and Defendants approval and permission.

Respectfully Submitted,

1

The Legal Solution Group, LLC

By:/s/ Jermaine Wooten  #59338MO
Wootenjlaw1@aol.com
4144 Lindell Suite 225
St. Louis, MO 63108
314-531-1708 Office


/s/Daniel A. Dailey #6312616IL
**Kingdom Litigators**
**A Public Interest Law Firm**
166 W. Washington Ste. 275
Chicago, IL 60602
p: (312) 877-1611
f:  (312) 277-3370
ddailey@kingdomlitigators.com
IL Bar: 6312616



        /s/ Albert S. Watkins
  By:  ALBERT S. WATKINS, LC #34553MO
       MICHAEL D. SCHWADE, #60862MO
       The Pierre Laclede Center
       7733 Forsyth Blvd., Suite 600
       Clayton, Missouri 63105
       314-727-9111 (telephone)
       314-727-9110 (facsimile)
       albertswatkins@kwklaw.net
       mschwade@kwklaw.net
       *Attorneys for Plaintiff*

JULIAN BUSH
CITY COUNSELOR

   By: /s/ Michael Garvin
       Michael Garvin # 39817 MO
       Andrew D. Wheaton   #65269 MO
       Associate City Counselor
       Erin K. McGowan #64020MO
       Associate City Counselor
       City Hall, Room 314
       St. Louis, MO  63103
       314.622.3361

2

FAX: 314.622.4956
garvinm@stlouis-mo.gov
Wheatona@stlouis-mo.gov
McGowanE@stlouis-mo.gov

ERIC SCHMITT
MISSOURI ATTORNEY GENERAL

/s/ D. John Sauer
D. John Sauer, MO 58721
First Assistant and State Solicitor
Joshua M. Divine, MO 69875
Deputy Solicitor
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102
Tel: (314) 340-7861
Fax: (314) 340-7029
Email: John.Sauer@ago.mo.gov

**CERTIFICATE OF SERVICE**

Signature above is certification that on this the 15th day of March, 2019 a true and correct copy of the foregoing document was filed electronically using the CM/ECF System which will cause a copy to be served upon all counsel of record.