# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| A.B.S., as a surviving daughter of deceased ANTHONY L. SMITH, and a minor, by And through her next friend CHRISTINA WILSON, ) ) ) ) ) Plaintiff, ) v. ) MAYOR FRANCIS SLAY, THOMAS IRWIN, BETTYE BATTLE-TURNER RICHARD GRAY, THE ST. LOUIS CITY BOARD OF POLICE COMMISSIONERS, And JASON STOCKLEY ) ) ) ) ) ) ) ) Defendants. ) | Case No.: 4:12-CV-00202 JCH |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Due to the nature and contents of the document filed, Counsel requests leave to file his Motion under seal.

Submitted: August 6, 2020

**LEGAL SOLUTION GROUP**

By:/s/ Jermaine Wooten
**Jermaine Wooten #59338**
St. Louis Office, MO
10250 Halls Ferry Road
St. Louis, MO  63136
314-736-5770
314-736-5772 (Fax)
jwooten@lsgstl.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, the foregoing was sent via electronic email to all counsel of record.

/s/Jermaine Wooten