,UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.B.S., as surviving daughter of deceased ANTHONY L. SMITH, and a minor, by And through her next friend CHRISTINA WILSON,<br><br>    Plaintiff,<br>vs.<br><br>MAYOR FRANCIS SLAY, THOMAS IRWIN, BETTYE BATTLE-TURNER RICHARD GRAY, THE ST. LOUIS CITY BOARD OF POLICE COMMISSIONERS, And JASON STOCKLEY<br><br>    Defendant. | Case No.: 4:12CV-00202 JCH |

## **MEMORANDUM TO THE COURT**

1. On January 5, 2021, the court ordered the Legal Solution Group to served copies of its Motion to Deposit Funds with the Clerk Court ( ECF No. 267) along with a copy of the Court 's Order (ECF No. 268) to Mrs. Annie Smith.

2. On January 12, 2021, The Legal Solution Group mailed copies of each to Annie Smith's three last known addresses. [See Exhibit A and B]

                                            Respectfully submitted,

                                            The Legal Solution Group, LLC

                                            /s/ Jermaine Wooten  59338 MO
                                            10250 Halls Ferry Road
                                            St. Louis, MO 63136
                                            314-736-5770 Office
                                            jwooten@lsgstl.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that, January 14, 2021 a copy of the foregoing was filed under seal and copies have been electronically mailed to all Counsels of Record.

/s/ Jermaine Wooten