

# The Legal Solution Group, LLC
10250 Halls Ferry Road ▪ St. Louis, Missouri 63136
314.736.5770 ▪ Fax 314.736.5772▪
*jwooten@lsgstl.com*

January 12, 2021

Annie Smith
4626 Margaretta
St. Louis, MO 63115

      RE:      Annie Smith et al. v. City of St. Louis et al.

Dear Mrs. Smith:

      Please find enclosed a copy of our Motion to Deposit Funds with the Clerk of Court along with the Court's Order instructing our office to serve you with said motion and granting you until February 12, 2021 to respond to our motion.

      If you should have any additional questions, please do not hesitate to give me a call.

      Sincerely,

      *Jermaine Wooten*

      Jermaine Wooten
      Attorney at Law

*"Working out the best possible solution for you."*



# The Legal Solution Group, LLC
10250 Halls Ferry Road ▪ St. Louis, Missouri 63136
314.736.5770 ▪ Fax 314.736.5772▪
*jwooten@lsgstl.com*

January 12, 2021

Annie Smith
2526 W. 31st St. S
Wichita, KS 67217

  RE:  Annie Smith et al. v. City of St. Louis et al.

Dear Mrs. Smith:

  Please find enclosed a copy of our Motion to Deposit Funds with the Clerk of Court along with the Court's Order instructing our office to serve you with said motion and granting you until February 12, 2021 to respond to our motion.

  If you should have any additional questions, please do not hesitate to give me a call.

       Sincerely,

       *Jermaine Wooten*

       Jermaine Wooten
       Attorney at Law

*"Working out the best possible solution for you."*



# The Legal Solution Group, LLC

10250 Halls Ferry Road ▪ St. Louis, Missouri 63136
314.736.5770 ▪ Fax 314.736.5772▪
*jwooten@lsgstl.com*

January 12, 2021

Annie Smith
2147 Crescent Ave.
St. Louis, MO 63121

      RE:      Annie Smith et al. v. City of St. Louis et al.

Dear Mrs. Smith:

      Please find enclosed a copy of our Motion to Deposit Funds with the Clerk of Court along with the Court's Order instructing our office to serve you with said motion and granting you until February 12, 2021 to respond to our motion.

      If you should have any additional questions, please do not hesitate to give me a call.

      Sincerely,

      *Jermaine Wooten*

      Jermaine Wooten
      Attorney at Law

*"Working out the best possible solution for you."*