```
            UNITED STATES
            POSTAL SERVICE.
              NORTH COUNTY
             11001 DUNKLIN DR
          SAINT LOUIS, MO 63138-9998
              (800)275-8777

01/12/2021                          06:04 PM
-----------------------------------------------
Product              Qty    Unit      Price
                            Price
-----------------------------------------------
First-Class Mail®     1               $0.55
Letter
    Saint Louis, MO  63121
    Weight: 0 lb 1.00 oz
    Estimated Delivery Date
         Fri 01/15/2021
    Cert of Mailing               $1.50
    Affixed Postage              -$0.55
         Affixed Amount: $0.55
Total                             $1.50

First-Class Mail®     1               $0.55
Letter
    Saint Louis, MO  63115
    Weight: 0 lb 0.80 oz
    Estimated Delivery Date
         Fri 01/15/2021
    Cert of Mailing               $1.50
    Affixed Postage              -$0.55
         Affixed Amount: $0.55
Total                             $1.50

First-Class Mail®     1               $0.55
Letter
    Wichita, KS  67217
    Weight: 0 lb 1.00 oz
    Estimated Delivery Date
         Sat 01/16/2021
    Cert of Mailing               $1.50
    Affixed Postage              -$0.55
         Affixed Amount: $0.55
Total                             $1.50
-----------------------------------------------
Grand Total:                      $4.50
-----------------------------------------------
Debit Card Remitted               $4.50
    Card Name: VISA
    Account #: XXXXXXXXXXXX7373
    Approval #:
    Transaction #: 198
    Receipt #: 046146
    Debit Card Purchase: $4.50
    AID: A0000000980840         Chip
    AL: US DEBIT
    PIN: Verified
-----------------------------------------------

************************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
  COVID-19. We appreciate your patience.
************************************************

            Preview your Mail
            Track your Packages
            Sign up for FREE @
            www.informeddelivery.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
          Thank you for your business.

    Tell us about your experience.
  Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device.
```

**Certificate Of Mailing** (PS Form 3817, April 2007 PSN 7530-02-000-9065)

From: The Legal Solution
2147 Crescent Ave
St. Louis MO 63136
10250 Halls Ferry Rd

To: Annie Smith
2147 Crescent Ave
St. Louis MO 63121

Postmark: NORTH COUNTY BRANCH, JAN 12 2021

---

**Certificate Of Mailing** (PS Form 3817, April 2007 PSN 7530-02-000-9065)

From: The Legal Solution Group
10250 Halls Ferry Rd
St. Louis MO 63136

To: Annie Smith
4625 Margaretta
St. Louis MO 63115

Postmark: NORTH COUNTY BRANCH, JAN 12 2021

---

**Certificate Of Mailing** (PS Form 3817, April 2007 PSN 7530-02-000-9065)

From: The Legal Solution Group
10250 Halls Ferry
St. Louis, MO 63136

To: Annie Smith
2526 W. 31st St, S.
Wichita, KS 62717

Postmark: NORTH COUNTY BRANCH, JAN 12 2021